JAMES R. THOMPSON, Appellant, *v.* DANIEL E. SICKLES, Respondent.

Judgment reversed.

Opinion Per Curiam.

---

LOUIS G. BRANDA, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents.

Judgment modified.

Opinion by Brady, J.

---

In the Matter of JOHN W. QUINCY, Executor, etc., deceased, to vacate University Place Paving.

Order affirmed.

Opinion Per Curiam.